**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6314

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KEYSTON JAMORY WEST, a/k/a Alonzo Green, a/k/a D-Man, a/k/a D,

Defendant - Appellant.

No. 24-6316

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KEYSTON JAMORY WEST, a/k/a Alonzo Green, a/k/a D-Man, a/k/a D,

Defendant - Appellant.

Appeals from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, District Judge. (3:00-cr-00046-GMG-RWT-2; 3:00-cr-00006-JPB-RWT-2)

Submitted: June 25, 2024                    Decided: June 28, 2024

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Keyston Jamory West, Appellant Pro Se.  Kimberley DeAnne Crockett, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Keyston Jamory West appeals the district court's order denying his motions for appointment of counsel and to reduce his sentence under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, § 404(b), 132 Stat. 5194, 5222 (2018), and Amendment 821 to the Sentencing Guidelines, confining his appeal to the court's denial of relief under § 404(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. West*, Nos. 3:00-cr-00046-GMG-RWT-2; 3:00-cr-00006-JPB-RWT-2 (N.D.W. Va. Mar. 21, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*